UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Daimeon Mosley,

                Plaintiff(s),

v.                                            Case No. 2:18−cv−11640−TGB−APP
                                                 Hon. Terrence G. Berg

Bed Bath & Beyond, Inc.,

                Defendant(s),

**ORDER TO SHOW CAUSE**

    IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 12/7/2018, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.


                                                  s/Terrence G. Berg
                                                 Terrence G. Berg
                                                 U.S. District Judge


**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                 By: s/A Chubb
                                                     Case Manager

Dated:   November 30, 2018