IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAIMEON MOSLEY,

    Plaintiff,

v.

BED BATH & BEYOND INC., a New York corporation,

    Defendant.
_____/

Case No. 2:18-cv-11640-TGB-APP

Hon. Terrence G. Berg

Magistrate Judge Anthony P. Patti

## NOTICE OF SETTLEMENT

Plaintiff Daimeon Mosley and Defendant Bed Bath & Beyond Inc. give notice of the settlement of this matter. The parties request an additional fourteen (14) days to obtain signatures of each of the parties on their Settlement Agreement and file dismissal papers.

Respectfully Submitted,

BLACKMORE LAW PLC

/s/ George T. Blackmore
_____

George T. Blackmore (P76942)
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
Telephone: (248) 845-8594
E-mail: george@blackmorelawplc.com
*Counsel for Plaintiff*

Dated: December 7, 2018

1

## **CERTIFICATE OF SERVICE**

I certify that on December 7, 2018, I filed and served the foregoing NOTICE OF SETTLEMENT on all ECF participants via the court's CM/ECF system and first-class mail, postage prepaid, addressed to the following non-ECF participants:

Michael H. Wilck
Senior Counsel
Bed Bath & Beyond
650 Liberty Ave
Union, New Jersey 07083

/s/ George T. Blackmore
George T. Blackmore (P76942)