UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| DAIMEON MOSLEY, <br><br> Plaintiff, <br><br> vs. <br><br> BED BATH &AMP; BEYOND, INC., <br><br> Defendant. | 2:18-CV-11640-TGB <br><br> ORDER <br><br> HONORABLE TERRENCE G. BERG |

## **ORDER OF DISMISSAL**

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

DATED this 31st day of January, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 31, 2019, by electronic and/or ordinary mail.
/s/ Amanda Chubb
Case Manager
(313) 234-2644